YOUNGER & ASSOCIATES
TIMOTHY M. YOUNGER (S.B. #150527)
MELISSA M. THOM (S.B. #189300)
HENRY H. RODGERS (S.B. #269662)
10681 FOOTHILL BLVD, SUITE 280
RANCHO CUCAMONGA, CA 91730
TELEPHONE: (909) 980-0630
FACSIMILE: (909) 948-8674
EMAIL: GEN@YOUNGERASSOCIATES.NET

Attorneys for Plaintiffs Erin T. Bohlman
on behalf himself, and those similarly situated.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ERIN T. BOHLMAN, individually, and on behalf of all others similarly situated,<br><br>PLAINTIFFS,<br><br>vs.<br><br>AMERICAN MANAGEMENT SERVICES CALIFORNIA, INC., a Washington Corporation, and DOES 1 through 50, inclusive,<br><br>DEFENDANTS. | CASE NO. EDCV10-1377 JVS (OPx)<br><br>**ORDER GRANTING THE PARTIES STIPULATION OF VOLUNTARY DISMISSAL**<br><br>[Filed concurrently with The Parties Stipulation of Voluntary Dismissal]<br><br>Complaint Filed: July 27, 2010 |

**TO ALL PARTIES AND THEIR COUNSEL RECORD:**

Pursuant to the stipulation between Plaintiff Erin T. Bohlman ("Plaintiff") and defendant American Management Services California, Inc., the Court hereby orders:

1. This action shall be, and hereby is, dismissed WITH PREJUDICE as to individual named plaintiff, Erin T. Bohlman, and WITHOUT PREJUDICE as to absent members of the putative class.

DATED: July 25, 2011  _____
                       Hon. James V. Selna